IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATTHEW RIGNEY and DANIELLE HALL, individually, as the surviving parents and next of kin of Ryan Rigney and Rileighanna Rigney, deceased, and as the parents and legal guardians of M.R. and B.R., minors,

TRACY KILBURN, individually and as the surviving spouse and next of kin of Robert Scott Kilburn, deceased,

MICHELLE FELICIANO, individually and as the surviving parent and next of kin of Lucy Lane Connor, deceased,

KAYLA CELENE BRAKE, individually and as next of kin of Regenia Lynn Brake, deceased,

CARRIE JAZMIN BRAKE, individually,

KENDRA SKYLAR BRAKE, individually,

CAMERON LEVESTER GUY, individually,

QUENTIN ISAIAH BRAKE, individually,

PEGGY BETTY, individually and as surviving spouse of James Michael Betty, deceased,

DOROTHY MAY HANDLING, individually and as the surviving daughter and next of kin of Hallie Lee Gerber, deceased,

JOSEPH PRASNIKAR, individually,

THOMAS SANDERS, individually and as the surviving brother and next of kin of Joshua Lee Tyrone Hendrix, deceased,

KIMBERLY KEE, individually and as the surviving spouse and next of kin of Mark Steven Kee, deceased,

No. 3:22-cv-0342

Motion to Dismiss

TIFFANY RENAE BRYANT and SHANE KEITH BRYANT, individually and as the surviving parents of Lilly-Anne Grace Bryant, deceased,

        Plaintiffs,

        v.

CSX TRANSPORTATION, INC., JAMES HUGHEY, and SHERRY HUGHEY,

        Defendants.

## DEFENDANT CSX TRANSPORTATIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (B)(6)

Defendant CSX Transportation, Inc. ("CSXT") respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for an Order dismissing the Complaint filed by Plaintiffs Matthew Rigney, *et al*. Plaintiffs' Complaint should be dismissed because it fails to plausibly allege a legal duty upon which its claims are based. Additionally, the claims are separately and independently preempted by two federal statutes: the Interstate Commerce Commission Termination Act and the Federal Railroad Safety Act. Further grounds and legal authority for this motion are set forth in the Memorandum in Support of Defendant CSX Transportation, Inc.'s Motion to Dismiss, which was filed contemporaneously with this motion and is incorporated by reference.

This 12th day of May, 2022.

        Respectfully submitted,

        /s/ John J. Bennett
        John J. Bennett (BPR #31976)
        REIFERS, HOLMES & PETERS LLC
        80 Monroe Avenue, Suite 410
        Memphis, TN 38103
        (901) 521-2860
        jbennett@rhpfirm.com

        *Attorneys for Defendant CSX Transportation, Inc.*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served upon the following

counsel of record, via U.S. Mail, postage prepaid on this 12th day of May, 2022.

Timothy V. Potter, Esq.
Andrew E. Mills, Esq.
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickinson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com

Peter J. Flowers, Esq.
Frank V. Cesarone, Esq.
Meyers & Flowers, LLC
3 North Second Street- Suite 300
St. Charles, Illinois 60174
630.232.6333
630.845.8982 Facsimile
pjf@meyers-flowers.com
fvc@meyers-flowers.com

C. Richard Newsome, Esq.
Newsome Melton, PA
201 South Orange Avenue - Suite 1500
Orlando, Florida 32801
407.648.5977
407.648.5282 Facsimile
newsome@newsomelaw.com

*Attorneys for Plaintiffs*

Parks T. Chastain, Esq.
Cory R. Miller, Esq.
Ellen G. Hendrickson
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
*Attorneys for Defendants James & Sherry Hughey*

/s/ John J. Bennett
John J. Bennett

3