IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW RIGNEY and DANIELLE HALL, individually, as the surviving parents and next of kin of Ryan Rigney and Rileighanna Rigney, deceased, and as the parents and legal guardians of M.R. and B.R., minors, | |
| TRACY KILBURN, individually and as the surviving spouse and next of kin of Robert Scott Kilburn, deceased, | |
| MICHELLE FELICIANO, individually and as the surviving parent and next of kin of Lucy Lane Connor, deceased, | |
| KAYLA CELENE BRAKE, individually and as next of kin of Regenia Lynn Brake, deceased, | |
| CARRIE JAZMIN BRAKE, individually, KENDRA SKYLAR BRAKE, individually, CAMERON LEVESTER GUY, individually, | No. 3:22-cv-00342 |
| QUENTIN ISAIAH BRAKE, individually | JUDGE WAVERLY D. CRENSHAW, JR. |
| PEGGY BETTY, individually and as surviving spouse of James Michael Betty, deceased, | MAGISTRATE JUDGE ALISTAIR NEWBERN |
| DOROTHY MAY HANDLING, individually and as the surviving daughter and next of kin of Hallie Lee Gerber, deceased, | Motion to Dismiss Amended Complaint |
| JOSEPH PRASNIKAR, individually, | |
| THOMAS SANDERS, individually and as the surviving brother and next of kin of Joshua Lee Tyrone Hendrix, deceased, | |
| KIMBERLY KEE, individually and as the surviving spouse and next of kin of Mark Steven Kee, deceased, | |
| TIFFANY RENAE BRYANT and SHANE KEITH BRYANT, individually and as the surviving parents of Lilly-Anne Grace Bryant, deceased, | |
| HENRY KERSTEN, individually and as the surviving spouse and next of kin of Leslie Meek Kersten, deceased, | |
| BRITTNEY LEANN MCCORD, individually and as the surviving mother and next of kin of Kellen Cole Burrow, | |

deceased, and as the parent and legal guardian of W.S., K.G. K.M., and K.B., minors,

NICHOLAS DAVID SHAWL, individually and as the surviving son and next of kin of Robin Denise Bradley, deceased,

DONALD WAYNE JACKSON, individually and as the surviving son and next of kin of Donna Gail Bradley, deceased,

WILLIAM LEON LUTEN, individually and as the surviving son and next of kin of Mary Louise Luten, deceased,

JEFFREY NEWMAN and DEBBIE NEWMAN, individually and as the surviving parents and next of kin of Amber Rose Newman, deceased,

THOMAS LEE ALMOND, individually and as the surviving son and next of kin of Linda Bryant, deceased,

ANGELA LAY REEVES, individually and as the surviving wife and next of kin of Joseph Anthony Reeves, deceased,

JOANNA REEVES, individually,

SUSAN VOEGELI, individually and as the grandmother and legal guardian of C.V.,

KELSEY SCHULTZ, individually and as the surviving mother and next of kin of Nathanal Dwayne Steward Whitsett, deceased,

Plaintiffs,

v.

CSX TRANSPORTATION, INC.,

Defendant.

### DEFENDANT CSX TRANSPORTATIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (B)(6)

Defendant CSX Transportation, Inc. ("CSXT") respectfully moves pursuant to Federal

Rule of Civil Procedure 12(b)(6) for an Order dismissing the Amended Complaint filed by

2

Plaintiffs Matthew Rigney, *et al*. Plaintiffs' Amended Complaint should be dismissed because it fails to plausibly allege a legal duty upon which its claims are based.  Additionally, the claims are separately and independently preempted by two federal statutes: the Interstate Commerce Commission Termination Act and the Federal Railroad Safety Act.  Further grounds and legal authority for this motion are set forth in the Memorandum in Support of Defendant CSX Transportation, Inc.'s Motion to Dismiss, which was filed contemporaneously with this motion and is incorporated by reference.

This 29th day of March, 2023.

Respectfully submitted,

/s/ *S. Camille Reifers*
S. Camille Reifers (BPR #19856)
John J. Bennett (BPR #31976)
REIFERS, HOLMES & PETERS LLC
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
creifers@rhpfirm.com
jbennett@rhpfirm.com

*Attorneys for Defendant CSX Transportation, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on March 29, 2023, the forgoing document has been served via the Court's CM/ECF system to the following Counsel of Record:

Timothy V. Potter
Andrew E. Mills
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com

Peter J. Flowers
Frank V. Cesarone
Jonathan P. Mincieli
Christopher Warmbold
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174
630.232.6333
630.845.8982 Facsimile
pjf@meyers-flowers.com
fvc@meyers-flowers.com
jpm@meyers-flowers.com
cjw@meyers-flowers.com

C. Richard Newsome
Newsome Melton, PA
201 South orange Avenue – Suite 1500
Orlando, Florida 32801
407.648.5977
407.648.5282 Facsimile
newsome@newsomlaw.com
ourand@newsomelaw.com

*Attorneys for Plaintiff*

/s/ *S. Camille Reifers*_____
S. Camille Reifers

4