IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW RIGNEY et al., | ) |
| | ) NO. 3:22-CV-00342 |
| Plaintiffs, | ) (consolidated) |
| v. | ) |
| | ) JUDGE WAVERLY D. CRENSHAW, |
| CSX TRANSPORTATION, INC., | ) JR. |
| | ) |
| Defendant. | ) MAGISTRATE JUDGE ALISTAIR |
| | ) NEWBERN |
| | ) |

**JOINT STATUS REPORT OF CASE RESOLUTION EFFORTS**

COME NOW the parties to this action, by and through their respective counsel of record and in compliance with the Orders entered by the Court on December 12, 2022 (Doc. No. 46) and April 18, 2023 (Doc. No. 74), submit the following Joint Status Report of Case Resolution Efforts:

The parties attended private, in-person mediation on Tuesday, April 11, 2023, before Judge Bill Taylor (Ret.). Both parties acted in good faith in discussing their respective positions. Plaintiffs made a demand and Defendant countered with an offer. However, the parties were not able to reach an agreement at this stage. Both parties agree that a second mediation pending additional discovery may be beneficial, if appropriate.

Respectfully submitted this 19th day of April 2023, by:

/s/ *S. Camille Reifers*
S. Camille Reifers (BPR #19856)
John J. Bennett (BPR #31976)
REIFERS, HOLMES & PETERS LLC
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
creifers@rhpfirm.com
jbennett@rhpfirm.com

1

Case 3:22-cv-00342   Document 76   Filed 04/19/23   Page 1 of 3 PageID #: 593

*Attorneys for CSX Transportation, Inc.*


*/s/ Peter J. Flowers*
Timothy V. Potter
Andrew E. Mills
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com

Peter J. Flowers
Frank V. Cesarone
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174
630.232.6333
630.845.8982 Facsimile
pjf@meyers-flowers.com
fvc@meyers-flowers.com

C. Richard Newsome
Newsome Melton, PA
201 South orange Avenue – Suite 1500
Orlando, Florida 32801
407.648.5977
407.648.5282 Facsimile
newsome@newsomlaw.com
ourand@newsomelaw.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

   I certify that on April 19, 2023, the forgoing document has been served via the Court's CM/ECF system to the following Counsel of Record:

Timothy V. Potter
Andrew E. Mills
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com

Peter J. Flowers
Frank V. Cesarone
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174
630.232.6333
630.845.8982 Facsimile
pjf@meyers-flowers.com
fvc@meyers-flowers.com

C. Richard Newsome
Newsome Melton, PA
201 South orange Avenue – Suite 1500
Orlando, Florida 32801
407.648.5977
407.648.5282 Facsimile
newsome@newsomlaw.com
ourand@newsomelaw.com

*Attorneys for Plaintiff*

                  */s/ S. Camille Reifers*
                  S. Camille Reifers

3

Case 3:22-cv-00342   Document 76   Filed 04/19/23   Page 3 of 3 PageID #: 595