UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW RIGNEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC, et al. <br><br> Defendants. | Case No. 3:22-cv-00342 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a scheduled case management conference with counsel for the parties on September 13, 2023. Counsel report that discovery is ongoing. Counsel will meet and confer regarding agreement upon an ESI protocol and a joint protective order on September 14, 2023. If the parties are unable to agree on those matters, they may raise any unresolved issues in a motion for a discovery dispute resolution conference.

The Court will address the outstanding discovery issues in due course.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge