**Wai-Lin Danieley**

| | |
|---|---|
| **From:** | Bethany K. Davis |
| **Sent:** | Friday, November 14, 2025 4:47 PM |
| **To:** | Wai-Lin Danieley |
| **Subject:** | FW: Records Request |
| **Attachments:** | 2025-02-10 Rec Request.pdf |

**From:** Grant Gillespie <grantgillespie@gmail.com>
**Sent:** Tuesday, February 11, 2025 2:16 PM
**To:** Bethany K. Davis <bdavis@rhpfirm.com>
**Subject:** Records Request

I am attaching your records request for your reference.. I have previously collected all of these records as part of our response to the subpoena in the pending litigation involving CSX.  I placed the items provided to the court in dropbox and am providing a link for you to download the items you are requesting.  The "Video" folder contains all video obtained by us, and the "Flood Case Files" folder contains copies of our case files regarding the victims as well as any statements obtained.  If you need additional information, please let me know.

████████████████████████████████████████

Thank you,
Grant

Case 3:22-cv-00342   Document 197-16   Filed 11/20/25   Page 1 of 1 PageID #: 2449

EXHIBIT
15