# Waverly, TN Catastrophic Flood Event:
## When "Turn Around Don't Drown" Just Isn't Enough





# What We Saw Ahead of Time



# The Setup

1. **Mid-level shortwaves**
2. Modest low-level convergence
3. Exceptional moisture profiles
4. Stationary boundary
5. Parallel storm motions



# The Setup

1. Mid-level shortwaves
2. **Modest low-level convergence**
3. Exceptional moisture profiles
4. Stationary boundary
5. Parallel storm motions





# The Setup

1. Mid-level shortwaves
2. Modest low-level convergence
3. **Exceptional moisture profiles**
4. Stationary boundary
5. Parallel storm motions



Loop from Scott Lindstrom



Case 3:22-cv-00342    Document 197-28    Filed 11/20/25    Page 5 of 38 PageID #: 3881

# Exceptional Moisture Profiles





- Precipitable Water (Amount of Moisture) - 2.37"
- Warm Cloud Depth- 4.5km (14.8 kft)
- Completely Saturated to above 500 mb

# The Setup

1. Mid-level shortwaves
2. Modest low-level convergence
3. **Exceptional moisture profiles**
4. Stationary boundary
5. Parallel storm motions





# The Setup

1. Mid-level shortwaves
2. Modest low-level convergence
3. Exceptional moisture profiles
4. **Stationary boundary**
5. Parallel storm motions



# The Setup

1. Mid-level shortwaves
2. Modest low-level convergence
3. Exceptional moisture profiles
4. Stationary boundary
5. **Parallel storm motions**





# What Did We Know Ahead Of Time?



**Weather Prediction Center Excessive Rainfall Outlook Issued 7pm Fri Aug 20 2021**

**Evening Shift**

# Model Performance - HRRR Model

**FRIDAY EVENING SHIFT**
**8/20 7pm HRRR Model Run**

**FRIDAY DAY SHIFT**
**8/20 1pm HRRR Model Run**

**FRI/SAT MIDNIGHT SHIFT**
**8/21 1am HRRR Model Run**






# Model Performance- NAM 3km Model

**FRIDAY EVENING SHIFT**
**8/20 7pm NAM 3km Model Run**

**FRIDAY DAY SHIFT**
**8/20 1pm NAM 3km Model Run**

**FRI/SAT MIDNIGHT SHIFT**
**8/21 1am NAM 3km Model Run**









# Model Performance - Global Models

## 8/20 7pm GFS – FRIDAY EVENING SHIFT        8/20 7pm Euro – FRIDAY EVENING SHIFT





# How Can We Communicate These Low Probability of Happening **YET** Very High Impact Events?

*Or rather, how can we forecast rainfall events I have never ever seen happen in my 20 year career?!?!?!?!*

# Friday Afternoon - Increasing Flash Flood Threat



**Public messaging quickly increased after 3 PM to highlight the potential for flooding on Saturday. Weather briefing sent out Friday afternoon.**

**Run-to-run consistency in high rainfall totals over a spatially consistent area led to a Flash Flood Watch (issued prior to local 5 PM news).**





AN AXIS OF HEAVY SHOWERS AND THUNDERSTORMS WILL BE DEVELOPING OVER THE NEXT FEW HOURS AND MAY POSE SOME FLASH FLOOD THREAT EARLY THIS MORNING

STRENGTHENING LOW-LEVEL FLOW YIELDING STRONGER MOISTURE/INSTABILITY TRANPORT

RAP32 ML CAPE (lowest 90MB) j/kg 210821/0500f000
WPC MPD #0847



Mesoscale Precipitation Discussion 0847
NWS Weather Prediction Center College Park MD
220 AM EDT Sat Aug 21 2021

There is an elevated stationary front showing up in the 850/925 mb layer across this region and this boundary is expected to become a focus for an expanding axis of heavy showers and gradually a few thunderstorms over the next few hours. Facilitating this will be the arrival of a strengthening westerly low-level jet upstream from portions of the lower/middle MS Valley region. This low-level jet energy will drive an increase in warm-air advection/isentropic ascent along with deeper moisture and instability transport in an elevated fashion over the aforementioned front.

PWs of 2.0 to 2.3 inches are pooled along and just southwest of the boundary and will certainly favor efficient warm rain processes for enhanced rainfall rates that may locally approach or exceed 2 inches/hour.

There is some disagreement among the 00Z HREF suite of models with respect to the timing of the more organized convective threat and the resulting rainfall amounts going through 12Z, but generally the expectation is for some spotty 3 to 4+ inch totals for this time frame, and then a threat for additional rainfall beyond 12Z as additional energy/forcing arriving from upstream maintains the convective threat. Some localized repeating of convective cells will be possible given the alignment of the activity in a northwest/southeast fashion with the deeper layer mean flow.

Some areas of flash flooding will be possible as a result going through the early morning hours.

ATTN...WFO...HUN...LMK...MEG...MRX...OHX...PAH...

ATTN...RFC...LMRFC...NCRFC...OHRFC...NWC...

# Weather Prediction Center Mesoscale Precipitation Discussion Saturday, August 21, 2021 at 2:20 AM CDT



# Early Saturday Morning - Rain Begins



A Tennessee Valley Authority (TVA) rain gauge near McEwen, TN recorded the beginning of rainfall shortly before 1 AM

Radar estimates of 1.5 to 2.5 inches of rain had fallen by 3:15 AM CDT

The first Flash Flood Warning was issued at 329 AM CDT

# MRMS - 1 Hour Quantitative Precipitation Estimates (QPE)



- **Heaviest rain occurred between 11z-14z**

- **Heaviest amounts occurred east of Waverly**

- **MRMS estimated 1 hour rainfall amounts up to 4"**

Case 3:22-cv-00342    Document 197-28    Filed 11/20/25    Page 19 of 38 PageID #: 3895

# MRMS - CREST Unit Streamflow



- **Coupled Routing and Excess Storage (CREST) imagery depicted high streamflows and flash flooding accordingly**

Case 3:22-cv-00342    Document 197-28    Filed 11/20/25    Page 20 of 38 PageID #: 3896





Heavy rain only increased in intensity and coverage through the morning

Realtime MRMS rainfall rates reached greater than 3" per hour around sunrise Saturday

By 7 AM CDT, an estimated 3 to 9 inches of rain had fallen across portions of Houston, Humphreys, Dickson, and Hickman Counties

A Flash Flood Emergency was issued at 7:47 AM CDT after coordination with emergency management and life-threatening flooding was imminent

# FLASH FLOOD EMERGENCY - 7:47 AM CDT





Mesoscale Precipitation Discussion 0848

DISCUSSION...Regional radar imagery at 12Z showed a 10-20 mile wide axis of training thunderstorms extending from far southeastern IL into west-central TN. Peak rainfall rates through 12Z were averaging 2.0 to 3.5 inches per hour with reports as high as 7 inches in 3 hours across southwestern Dickson County ending at 1130Z. The axis of thunderstorms seemed to be aligned with a low level axis of convergence which showed up well in the surface to 850 mb layer of the CIRA Layered PW product. Storms were forming along the convergence axis with mean movement toward the southeast, following quasi-parallel to the orientation of upwind Corfidi vectors.

MLCAPE was estimated to be 1000-1500 J/kg just west of the low level convergence axis with westerly 850 mb flow noted across the region, observed to be near 30 kt along the MS River, weakening to about 20 kt over west-central TN. An MCV was noted ~30 miles southwest of Nashville, tracking toward the ESE. Low level convergence is expected to continue in roughly the same location for another 2-4 hours, but some disruption to the ongoing organization is expected to occur to the north near the IL/KY border as upstream outflow nears the region with in the next 1-2 hours. In association with the slowly advancing MCV located southwest of Nashville, some southeastward progression of the heavy rain is anticipated, reaching portions of northern AL later this morning. Overall, an additional 3-6 inches of rain is expected for portions of western KY into west-central TN, overlapping with 4-8 inches of rain which has already fallen prior to 12Z. Additional flash flooding is likely to continue, some of which could be significant/high-end given the persistent nature of high rainfall rates.

ATTN...WFO...BMX...FFC...HUN...MEG...MRX...OHX...PAH...

ATTN...RFC...LMRFC...NCRFC...OHRFC...SERFC...NWC...

**Training to Continue with an Additional 3-6" Through 17Z**

850 mb trajectory

RAP32 PRECIP WATER 210821/1100f001
RAP32 850 MB WINDS 210821/1100f000
**WPC MPD #0848**

Weather Prediction Center Mesoscale Precipitation Discussion
Saturday, August 21, 2021 at 8:27 AM CDT

# Event Conclusion



**Piney River near Vernon**
27.78 ft on May 2, 2010
==32.78 ft on August 21, 2021==

**Duck River at Centerville**
47.50 ft on May 2, 2010
21.52 ft on August 21, 2021

**Duck River near Hurricane Mills**
34.21 ft on May 2, 2010
25.09 ft on August 21, 2021

| Station | Amount | Source |
|---|---|---|
| McEwen | 17.02" | (CO-OP) |
| Dickson 6.3 WSW | 13.76" | (COCORAHS) |
| Centerville 2 N | 10.71" | (CO-OP) |
| Tennessee Ridge 3 S | 9.90" | (COCORAHS) |
| Dickson 12.7 NW | 9.79" | (COCORAHS) |
| Centerville | 9.72" | (CO-OP) |
| Bon Aqua 3.0 ESE | 8.29" | (COCORAHS) |
| Dickson Airport | 8.17" | (AWOS) |
| Vanleer 2.8 SE | 7.99" | (COCORAHS) |
| Stewart 6.4 W | 7.04" | (COCORAHS) |
| Cumberland City 1.2 ESE | 6.75" | (COCORAHS) |
| Burns | 5.28" | (RAWS) |
| Ellis Mills | 5.14" | (CO-OP) |



*Williamson County Rescue Squad, via Twitter*

*Williamson County Rescue Squad, via Twitter*

**Unfortunately, after 5,000 plus reports this will be the last from this station. The flood took the deck and rain gauge down river, then wrecked the interior, and finally collapsed the brick back side of the house, leaving open framework. - CoCoRaHS Observer**



*Shelby Hedge, Facebook*

# Footage - During and Post-Event





**Waverly, TN (credit: Michael Phillips, shared by @JoshBreslowTN)**
*Timelapse from 10:00 AM CDT to 10:12 AM CDT*

# MRMS- 10 am Saturday Aug 21

**MRMS Rainfall Rate**

**MRMS CREST**



Case 3:22-cv-00342    Document 197-28    Filed 11/20/25    Page 27 of 38 PageID #: 3903

# Trace Creek





# Terrain: Slope Map

- Flat (0°)
- Nearly level (1°)
- Gently level (2°)
- Gently sloping (3° - 5°)
- Strongly sloping (6° - 10°)
- Gently steep (11° - 15°)
- Moderately Steep (16° - 20°)
- Steep (21° - 30°)
- Very steep (31° - 90°)

# Trace Creek



Case 3:22-cv-00342    Document 197-28    Filed 11/20/25    Page 30 of 38 PageID #: 3906



47,900,160 gallons of water

Estimated Values*
Pool Area: 30.2 acres
Pool Volume: 147 ac ft

*Crest elevation at top of
railroad bridge estimated at
592 feet from LiDAR data.



NEWS4 INVESTIGATES

DEADLY FLOODING

DRONE 4 SHOWS BREACH IN EARTH BENEATH RAILROAD

WSMV- Channel 4

# Official State Record for 24 Hour Precipitation - McEwen Wastewater Treatment Plant 20.73"



**McEwen TVA Rain Gauge 17.03"**



**McEwen WTP 20.73"**





# How Did This Compare to May 2010 Flood???



Case 3:22-cv-00342    Document 197-28    Filed 11/20/25    Page 34 of 38 PageID #: 3910

# In Summary

- **20 fatalities**
  - ○ **19 in Waverly**
  - ○ **1 in Hurricane Mills**
    - ■ **Deadliest flash flood event in NWS Nashville's CWA for a single day**
      - ● **May 2010 flood event had a 3 day total of 22 fatalities for the state.**
- **Historical rain record in McEwen, TN**
  - ■ **Broke the 24-hour rainfall record in Tennessee**
- **According to MRMS and single-site radar estimates…**
  - ○ **Estimated rainfall rates at McEwen, TN TVA rain gauge 3 to 4.5 inches per hour for 3 hours**
    - ■ **Peak 1-hour rainfall amount was 4.29 inches between 6:30 & 7:30 am**
    - ■ **Peak 3-hour amount was 10.92 inches measured between 4:40 am & 7:40 am.**



# In Summaey (Cont.)

- **Short range models signaled the potential for a more significant event in a similar geographic space, relative to medium-range global models, which did not**
  - **Still, the magnitude of actual rain totals were not depicted in <u>ANY MODEL</u> out there**
- **Challenges remain beyond the 24 hour window with regard to modeling these high impact/variable probability events**



*Depth Duration Frequency of Stage IV Precipitation Data- 8/20 13z- 8/22 12z*

*BEYOND 1 in 1000 YEAR FLOOD*



# StoryMap Review of August 21, 2021



# Thank You

**Krissy Hurley, NWS Meteorologist**
**Krissy.Hurley@noaa.gov**

**Matt Reagan, NWS Meteorologist**
**matt.reagan@noaa.gov**

**Brendan Schaper, NWS Meteorologist**
**brendan.schaper@noaa.gov**

