# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MATTHEW RIGNEY and DANIELLE HALL, individually, as the surviving parents and next of kin of Ryan Rigney and Rileighanna Rigney, deceased, and as the parents and legal guardians of M.R. and B.R., minors,

TRACY KILBURN, individually and as the surviving spouse and next of kin of Robert Scott Kilburn, deceased,

MICHELLE FELICIANO, individually and as the surviving parent and next of kin of Lucy Lane Connor, deceased,

KAYLA CELENE BRAKE, individually and as next of kin of Regenia Lynn Brake, deceased,

CARRIE JAZMIN BRAKE, individually,

KENDRA SKYLAR BRAKE, individually,

CAMERON LEVESTER GUY, individually,

QUENTIN ISAIAH BRAKE, individually,

PEGGY BETTY, individually and as surviving spouse of James Michael Betty, deceased,

DOROTHY MAY HANDLING, individually and as the surviving daughter and next of kin of Hallie Lee Gerber, deceased,

JOSEPH PRASNIKAR, individually,

THOMAS SANDERS, individually and as the surviving brother and next of kin of Joshua Lee Tyrone Hendrix, deceased,

KIMBERLY KEE, individually and as the surviving spouse and next of kin of Mark Steven Kee, deceased,

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

No. 3:22-CV-00342

**JUDGE WAVERLY D. CRENSHAW, JR.**

**MAGISTRATE JUDGE ALISTAIR NEWBERN**

**1**

TIFFANY RENAE BRYANT and SHANE KEITH BRYANT, individually and as the surviving parents of Lilly-Anne Grace Bryant, deceased,

HENRY KERSTEN, individually and as the surviving spouse and next of kin of Leslie Meek Kersten, deceased,

BRITTNEY LEANN MCCORD, Individually and as the surviving mother and next of kin of Kellen Cole Burrow, deceased and as the parent and legal guardian of W.S., K.G., K.M., and K.B. minors,

NICHOLAS DAVID SHAWL, individually and as the surviving son and next of kin of Robin Denise Bradley, deceased,

DONALD WAYNE JACKSON, individually and as the surviving son and next of kin of Donna Gail Bradley, deceased,

WILLIAM LEON LUTEN, individually and as the surviving son and next of kin of Mary Louise Luten, deceased,

JEFFREY NEWMAN and DEBBIE NEWMAN, individually and as the surviving parents and next of kin of Amber Rose Newman, deceased,

THOMAS LEE ALMOND, individually and as the surviving son and next of kin of Linda Bryant, deceased,

ANGELA LAY REEVES, individually and as the surviving wife and next of kin of Joseph Anthony Reeves, deceased,

JOANNA REEVES, individually,

SUSAN VOEGLI, individually and as the grandmother and legal guardian of C.V.,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2

KELSEY SCHULTZ, individually and as the surviving mother and next of kin of Nathanal Dwayne Steward Whitsett, deceased, )
)
)
)
     Plaintiffs, )
   v. )
)
CSX TRANSPORTATION, INC., )
)
     Defendant. )

## <u>JOINT STIPULATION OF DISMISSAL</u>

Plaintiffs and Defendant hereby voluntarily agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the following claims for the following Plaintiffs shall be dismissed, with each party to bear its own costs and attorneys' fees:

1. Quentin Isaiah Brake, dismissal of all claims (Count II, Paragraph 76j., Count III Paragraph 83j, Count V Paragraphs 100j., 103j.);

2. Matthew Rigney, dismissal of negligent infliction of emotional distress claim (Count II, Paragraph 76a., Count III Paragraph 83a, Count V Paragraphs 100a., 103a.);

3. Brittney Leann McCord, dismissal of negligent infliction of emotional distress claim (Count II Paragraph 76r., Count III Paragraph 83q., Count V Paragraphs 100r, 103q.);

4. W.S., dismissal of negligent infliction of emotional distress claim (Count III Paragraph 83r, Count V Paragraph 103r.); and

5. Thomas Lee Almond, dismissal of negligent infliction of emotional distress claim (Count II, Paragraph 76q., Count III Paragraph 83p, Count V Paragraphs 100q, 103p.)

All claims not specifically dismissed by this stipulation shall remain pending.

Jointly submitted this 19th day of February, 2026.

/s/Timothy V. Potter\
**TIMOTHY V. POTTER**        **#017520**\
**ANDREW E. MILLS**        **#031236**\
Reynolds, Potter, Ragan & Vandivort, PLC\
210 East College Street\
Dickson, Tennessee 37055\
615.446.2221\
615.446.2232 Facsimile\
tpotter@rprvlaw.com\
amills@rprvlaw.com\
*Counsel for Plaintiffs*


*Pro Hac Vice:*\
**PETER J. FLOWERS**        **IL BAR #06210847**\
**JONATHAN P. MINCIELI**        **IL BAR #06274091**\
**CHRISTOPHER J. WARMBOLD**   **IL BAR #06314229**\
**THOMAS M. CONNELLY**        **IL BAR #06332570**\
Meyers & Flowers, LLC\
3 North Second Street - Suite 300\
St. Charles, Illinois 60174\
630.232.6333\
630.845.8982 Facsimile\
pjf@meyers-flowers.com\
jpm@meyers-flowers.com\
cjw@meyers-flowers.com\
tmc@meyers-flowers.com\
*Counsel for Plaintiffs*


/s/ *John J. Bennett*\
S. Camille Reifers (BPR #19856)\
John J. Bennett (BPR #31976)\
REIFERS, HOLMES & PETERS LLC\
80 Monroe Avenue, Suite 410\
Memphis, TN 38103\
(901) 521-2860\
creifers@rhpfirm.com\
jbennett@rhpfirm.com\
*Counsel for Defendant*

**4**