**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **MATTHEW RIGNEY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )　　**No. 3:22-cv-00342** |
| | ) |
| **CSX TRANSPORTTATION, INC,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

For the reasons stated at the status conference on March 20, 2026, the Court rules as follows:

1.　　Defendant shall, by **5:00 PM CST on March 25, 2026**, file a notice of the nature and number of all anticipated motions for summary judgment with sufficient description to inform the Court and to justify the proposed motions.　By **5:00 PM CST on March 27, 2026**, Plaintiffs shall respond by providing the Court with (1) a notice of the nature and number of anticipated responses, and (2) a notice of the nature of their proposed partial motion for summary judgment. Defendant may file an optional reply by **5:00 PM CST on March 28, 2026**.

2.　　The parties shall meet and confer and by **5:00 PM CST on March 27, 2026**, provide the Court with three proposed mediators listed in order of preference.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE