# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MATTHEW RIGNEY et al.,

           Plaintiffs,

           v.

CSX TRANSPORTATION, INC.,

           Defendant.

No. 3:22-cv-00342 (consolidated)

JUDGE WAVERLY D. CRENSHAW, JR.

MAGISTRATE JUDGE LUKE A. EVANS

## DEFENDANT CSX TRANSPORTATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIMS OF PLAINTIFFS TRACY KILBURN, PEGGY BETTY & MICHELLE FELICIANO

COMES NOW Defendant CSX Transportation, Inc. (hereinafter "CSXT" or "Defendant"), by and through counsel, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment as to claims of Plaintiffs Tracy Kilburn, Peggy Betty, and Michelle Feliciano (herein the "Plaintiffs").

Plaintiffs filed the instant lawsuit after a record-setting rainstorm fell throughout areas of Humphreys County on August 21, 2021, resulting in the overflow of multiple creeks and the death of twenty (20) individuals. Plaintiffs herein allege that due to Defendant's acts or omissions, its railroad bridge over Trace Creek (the "Bridge") was clogged with debris, impeded the natural flow of water, and created a pooling of water along the Defendant's adjacent railroad tracks. [Doc. No. 147, ¶ 1-4]. Plaintiffs claim that Defendant's adjacent railroad tracks acted as a dam, and upon washing out, created a "tidal wave" that traveled through the City of Waverly. [Doc. No. 147, ¶ 3, 13]. While the claims of all Plaintiffs are undeniably tragic, the evidence supports the conclusions

1

that their claims should be barred as a matter of law. Specifically, no reasonably jury could conclude that Plaintiffs were less than 50% at fault.

In support of its Motion, Defendant relies on its Memorandum in Support of its Motion For Summary Judgment as to claims of Plaintiffs Tracy Kilburn, Peggy Betty, and Michelle Feliciano, including exhibits thereto, which all are specifically incorporated herein by reference.

As a result of all the foregoing, there is no genuine dispute of material fact and Defendant is entitled to judgment as a matter of law.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court enter an Order Granting Summary Judgment in favor of the Defendant as to Plaintiff Tracy Kilburn, Peggy Betty, and Michelle Feliciano's claims.

Date: April 3, 2026

Respectfully submitted,

*/s/ S. Camille Reifers*
S. Camille Reifers (BPR #19856)
John J. Bennett (BPR #31976)
Andrew Todd (BPR #39590)
Wai-Lin Danieley (BPR #41433)
REIFERS HOLMES & PETERS, LLC
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
creifers@rhpfirm.com
jbennett@rhpfirm.com
atodd@rhpfirm.com
wdanieley@rhpfirm.com

**Attorneys for CSX Transportation, Inc.**

2

## CERTIFICATE OF SERVICE

I certify that on April 3, 2026, the forgoing document has been served via the Court's CM/ECF system to the following Counsel of Record:

Timothy V. Potter
Andrew E. Mills
Mary Lane Story
Kirk Vandivort
Jennifer Foster
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com
mstory@rprvlaw.com
kvandivort@rprvlaw.com
jfoster@rprvlaw.com

Peter J. Flowers
Frank V. Cesarone
Jonathan P. Mincieli
Christopher Warmbold
Tom Connelly
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174 630.232.6333
630.845.8982 Facsimile
 pjf@meyers-flowers.com
fvc@meyers-flowers.com
jpm@meyers-flowers.com
cjw@meyers-flowers.com
tmc@meyers-flowers.com

*Attorneys for Plaintiffs*

/s/ *S. Camille Reifers*
S. Camille Reifers