| | |
|---|---|
| MATTHEW RIGNEY et al., <br><br> Plaintiffs, <br> v. <br><br> CSX TRANSPORTATION, INC., <br><br> Defendant. | No. 3:22-cv-00342 (consolidated) <br><br> JUDGE WAVERLY D. CRENSHAW, JR. <br><br> MAGISTRATE JUDGE LUKE A. EVANS |

## DEFENDANT CSX TRANSPORTATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFF THOMAS SANDERS FOR LACK OF STANDING

COMES NOW Defendant CSX Transportation, Inc. (hereinafter "CSXT" or "Defendant"), by and through counsel, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment Regarding Plaintiff Thomas Sanders for Lack of Standing (hereinafter the "Plaintiff) .

Defendant files the instant motion after learning that decedent Joshua Hendrix ("Decedent"), on whose behalf Plaintiff brings his wrongful death claim, was survived by his mother. Because Plaintiff is not Decedent's next-of-kin pursuant to the Tennessee Wrongful Death Act, Tenn. Code Ann. § 20-5-106, he also lacks standing to under Tennessee law to bring a claim on Decedent's behalf under Tenn. Code Ann. § 20-5-107. As a result of the foregoing, there is no genuine dispute of material fact and Defendant is entitled to judgment as a matter of law.

In support of its Motion, Defendant relies on its Memorandum in Support of its Motion for Summary Judgment Regarding Plaintiff Thomas Sanders for Lack of Standing, including exhibits thereto, which are specifically incorporated herein by reference.

1

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court enter an Order finding Summary Judgment in favor of the Defendant as to Plaintiff Thomas Sanders's claim.

Date: April 3, 2026

Respectfully submitted,

*/s/ S. Camille Reifers*
S. Camille Reifers (BPR #19856)
John J. Bennett (BPR #31976)
Andrew Todd (BPR #39590)
Wai-Lin Danieley (BPR #41433)
REIFERS HOLMES & PETERS, LLC
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
creifers@rhpfirm.com
jbennett@rhpfirm.com
atodd@rhpfirm.com
wdanieley@rhpfirm.com

**Attorneys for CSX Transportation, Inc.**

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on April 3, 2026, the forgoing document has been served via the Court's CM/ECF system to the following Counsel of Record:

Timothy V. Potter
Andrew E. Mills
Mary Lane Story
Kirk Vandivort
Jennifer Foster
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com
mstory@rprvlaw.com
kvandivort@rprvlaw.com
jfoster@rprvlaw.com

Peter J. Flowers
Frank V. Cesarone
Jonathan P. Mincieli
Christopher Warmbold
Tom Connelly
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174 630.232.6333
630.845.8982 Facsimile
 pjf@meyers-flowers.com
fvc@meyers-flowers.com
jpm@meyers-flowers.com
cjw@meyers-flowers.com
tmc@meyers-flowers.com

*Attorneys for Plaintiffs*

/s/ *S. Camille Reifers*
S. Camille Reifers

3