# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW RIGNEY, *et al*.<br><br>    Plaintiffs,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>    Defendant. | No. 3:22-cv-00342 (consolidated)<br><br>JUDGE WAVERLY D. CRENSHAW, JR.<br><br>MAGISTRATE JUDGE LUKE A. EVANS |

## CSX TRANSPORTATION, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant CSX Transportation, Inc. (CSXT), by its counsel and pursuant to Local Rule 56.01(c), respectfully submits the following statement of material facts as to which there are no genuine issues for trial.

1.      CSXT's "roadbed, bridges, culverts, etc., were and have been in the town of Waverly for over a century." Ex. 25, Ed Sparks Depo Tr. at 131:1-12.

**RESPONSE:**

2.      Approximately 20 to 25 years ago, a bypass for Highway 70 was constructed around the city of Waverly yet the railroad tracks have not moved. Ex. 21, Bobby Brown Depo. Tr. at 41:17-42:8.

**RESPONSE:**

3.      Waverly is down in a valley and lower in elevation than neighboring McEwen, Tennessee. Ex. 26, Poyner Depo. Tr. at 99:14-23; Ex. 27, Davis Depo. Tr. at 112:19-113:9; Ex. 28, Vasil Depo. Tr. at 34:23-35:6 ("the center of Waverly is a giant fishbowl"); Ex. 29, Toungette Depo. Tr. at 45:17-25 (Waverly is at a lower elevation than McEwen and is somewhat in a bowl); Ex. 30, Luten Depo. Tr. at 83:3-84:15; Ex. 31, Guy Depo. Tr. at 25:11-26:17; Ex. 5, Gillespie Depo. Tr. at 108:2-14.

**RESPONSE:**

4. Because McEwen is at a higher elevation than Waverly, when McEwen gets rain, the water runs down to Waverly. Ex. 28, Vasil Depo. Tr. at 104:9-105:9; Ex. 21, Brown Depo. Tr. at 37:6-38:3.

**RESPONSE:**

5. The Trace Creek Railroad Bridge is located parallel to the Tennessee Highway 70 bridge. Ex. 23, Bell Depo Tr. at 31:11-14.

**RESPONSE:**

6. CSXT rail tracks run over the Trace Creek Railroad Bridge. Ex. 26, Poyner Depo. Tr. at 81:12-15.

**RESPONSE:**

7. There is no evidence in the record that prior to August 21, 2021, a washout had ever occurred at the same location where it occurred on that date, at the stretch of area, where the track operates, at the 63 mile marker. Cory Oakley does not recall any prior washouts at that location. Ex. 16, Oakley Depo. Tr. at 137:9-13.

**RESPONSE:**

8. Cory Oakley was the CSXT Track Supervisor over the Bruceton Subdivision on August 21, 2021. Ex. 16, Oakley Depo. Tr. at 14:18-22.

**RESPONSE:**

9. The Trace Creek Railroad Bridge is inspected annually by CSXT. Ex. 10, Hutchison Depo Tr. at 31:4-10.

**RESPONSE:**

10. Jonathan Hutchison was the CSXT Bridge Inspector for the Trace Creek Bridge as of August 21, 2021. Ex. 10, Hutchison Depo. Tr. at 14:4-13; 19:25-20:11.

**RESPONSE:**

11. 49 CFR 213.33 does not require the space under bridges to be free of debris or obstructions. Ex. 10, Hutchison Depo. Tr. at 144:6-18. There is no other requirement that the space under a bridge be completely free of debris and obstructions. Ex. 10, Hutchison Depo. Tr. at 144:6-18.

**RESPONSE:**

12. Two or three months before August 21, 2021, CSXT removed debris under the Trace Creek Railroad Bridge. Ex. 23, Bell Depo. Tr. at 51:8-74:9.

2

**RESPONSE:**

13. CSXT third-party contractor, Joseph Foster, visited the Trace Creek Bridge in the summer of 2021, and did not observe any debris under the Trace Creek Bridge that blocked all of the space under the Trace Creek Bridge. Ex. 11, Foster Depo. Tr. at 83:20-25.

**RESPONSE:**

14. Mr. Foster cleared debris under the Trace Creek Bridge in the summer of 2021 under the supervision of Jeremy Bell, Ex. 11, Foster Depo. Tr. at 79:2-82:20, the CSXT Bridge Foreman on August 21, 2021, Ex. 23, Bell Depo. Tr. at 15:23-16:2.

**RESPONSE:**

15. On August 20, 2021, Mr. Oakley hi-railed from the CSXT Trace Creek Railroad Bridge area through the area where the washout eventually occurred and did not observe any defects, scoured ballast, or debris in any of the culverts. Ex. 16, Oakley Depo. Tr. at 116:13-121:18.

**RESPONSE:**

16. In observing the space under the Trace Creek Railroad Bridge on August 20, 2021, Mr. Oakley did not notice any debris under the Trace Creek Bridge that he took exception to. Ex. 16, Oakley Depo. Tr. at 145:4-7.

**RESPONSE:**

17. Mr. Oakley did not observe any obstruction that would have prohibited the flow of anticipated water for the area with respect to the Trace Creek Railroad Bridge on August 20, 2021. Ex. 16, Oakley Depo. Tr. at 145:8-12.

**RESPONSE:**

18. Over 9 inches of rain fell in a three-hour period between 6:00 AM and 9:00 AM on August 21, 2021. Ex. 20, Bardol Depo. Tr. at 39:6-17.

**RESPONSE:**

19. A rain gauge in McEwen, Tennessee recorded the greatest rainfall ever in the State of Tennessee history on August 21, 2021. Ex. 20, Bardol Depo. Tr. at 55:7-56:1.

**RESPONSE:**

20. The amount of rain that Waverly received on August 21, 2021, was not forecasted. Ex. 5, Gillespie Depo. Tr. at 56:11-22.

**RESPONSE:**

3

21.     On August 21, 2021, at 3:29-3:30 am CT, a Nixle alert was sent via email to Waverly residents who opted in to Nixle subscription, including Chief Grant Gilliespie, containing a flash flood warning that stated "At 329 AM CDT, Doppler radar indicated thunderstorms producing heavy rain across the warned area. Between 1.5 and 2.5 inches of rain have fallen. Additional rainfall amounts up to 1 inch are possible in the warned area. Flash flooding is ongoing or expected to begin shortly." Ex. 5, Gillespie Depo. Tr. at 90:8-92:7.

**RESPONSE:**

22.     On August 21, 2021, at 3:29 am CT, a Nixle alert was sent via email to Waverly resident Brittany McCord containing a flash flood warning, indicating that immediate action should be taken, and indicating a significant threat to life or property. Ex. 6, McCord Depo. Tr. at 84:13-85:6.

**RESPONSE:**

23.     On August 21, 2021, at 4:49 am CT, a National Weather Service alert was issued via email containing a flash flood warning for Humphreys County. Ex. 5, Gillespie Depo. Tr. at 92:23-93:8.

**RESPONSE:**

24.     Water was flowing heavily under the Trace Creek Railroad Bridge between 5:45 and 6:00 am CT on August 21, 2021. Ex. 15, Orr Depo. Tr. Vol. II at 15:1-16:11; 16:24-17:7; 18:10-17; 42:18-23. At this time, there was no overtopping of the railroad at the CSXT Trace Creek Railroad Bridge. Ex. 15, Orr Depo. Tr. Vol. II at 18:23-19:5.

**RESPONSE:**

25.     Chief Gillespie, the Chief of Public Safety for the Waverly Police Department on August 21, 2021 (Ex. 5, Gillespie Depo. Tr. at 13:4-7) began paging Waverly police and firefighters in to assist with evacuating residents due to flooding probably between 6:00 and 7:00 am CT on August 21, 2021. Ex. 5, Gillespie Depo. Tr. at 44:8-45:11.

**RESPONSE:**

26.     At that time, Chief Gillespie paged all members of the Waverly police force and firefighter departments. Ex. 5, Gillespie Depo. Tr. at 44:8-14.

**RESPONSE:**

27.     Some members of the Waverly police department were on their way out of town at the time Chief Gillespie paged them on August 21, 2021. Ex. 5, Gillespie Depo. Tr. at 44:8-45:11.

**RESPONSE:**

4

28.     By 6:00 am CT, "the response was beginning to come into play, and [while] any time you have more information you're better off, . . . I don't know if a notice at that time of morning would have changed a whole lot." Ex. 5, Gillespie Depo. Tr. at 60:16-61:3.

**RESPONSE:**

29.     On August 21, 2021, at 6:25 am CT, a Nixle alert was issued via email containing a flash flood warning and indicating the potential for flash flooding of small creeks and streams in Humphreys County, and that responsive action should be taken immediately. Ex. 5 (Gillespie Depo. 93:25-94:23); Ex. 6, McCord Depo Tr. at 85:14-86:5.

**RESPONSE:**

30.     On August 21, 2021, around 6:25 am CT, the Waverly police department "start[ed] moving folks into a place" based on prior flood knowledge and flooding risk. Ex. 5, Gillespie Depo. Tr. at 94:24-95:15.

**RESPONSE:**

31.     On August 21, 2021, around 7:00 am CT, Waverly emergency personnel were assigning resources to begin rescues and evacuations if needed. Ex. 5, Gillespie Depo. Tr. at 45:20-46:18.

**RESPONSE:**

32.     Waverly emergency personnel did not have training in and historically did not conduct swift water rescues. Ex. 5, Gillespie Depo. Tr. at 40:3-41:9.

**RESPONSE:**

33.     Waverly emergency personnel do have a boat, but it may not have "even launched that day [August 21, 2021] because the water was so rough." Ex. 5, Gillespie Depo. Tr. at 46:3-18.

**RESPONSE:**

34.     One Waverly police department Sergeant, Chris Taylor, arrived in Waverly sometime close to 7:00 am CT. Ex. 5, Gillespie Depo. Tr. at 44:8-45:21.

**RESPONSE:**

35.     Waverly Police Detective Jonathan Fortner provided a warning of the flooding to Waverly resident Mr. Toungette around 7:00 am CT on August 21, 2021. Ex. 29, Toungette Depo. Tr. at 38:8-18.

**RESPONSE:**

5

36. On the morning of August 21, 2021, a Waverly firefighter knocked on the door of Waverly resident Ms. Feliciano and told her to evacuate. Ex. 32, Feliciano Depo. Tr. at 42:4-12; 47:13-18.

**RESPONSE:**

37. At 7:12 am CT on August 21, 2021, the Waverly Department of Public Safety – Police & Fire posted on Facebook "If you are along trace creek in flood prone areas evacuate now. Flooding of homes is very likely. Call 911 if you are physically unable to leave." Ex. 7, Waverly Department of Public Safety–Police & Fire Facebook Post (Weivoda Dep. Ex. 260).

**RESPONSE:**

38. On the morning of August 21, 2021, calls were made to Humphreys County 911 for water rescues. Ex. 21, Brown Depo. Tr. at 92:1-7; Ex. 22, 911 Call Dispatch Record (Brown Depo. Ex. 99).

**RESPONSE:**

39. Water rescues and emergency calls from Waverly began at 7:33 am CT. Ex. 21, Brown Depo. Tr. 76:6-12.

**RESPONSE:**

40. There was water over the CSXT railroad tracks at the south end of Gorman signal at approximately 7:44 am CT on August 21, 2021. Ex. 16, Oakley Depo. Tr. at 110:23-113:17.

**RESPONSE:**

41. On August 21, 2021, at 7:48 am CT, a National Weather Service alert was issued via email containing a flash flood warning for Humphreys County, indicating that between 3 and 9 inches of rain had fallen. Ex. 5, Gillespie Depo. Tr. at 95:17-25.

**RESPONSE:**

42. At or before 7:48 am CT on August 21, 2021, Waverly Police Department professionals and firefighters were already going door to door to warn residents to evacuate. Ex. 5, Gillespie Depo. Tr. at 96:12-17.

**RESPONSE:**

43. Emergency personnel elected to go door-to-door, rather than driving through neighborhoods warning on a PA system because it is more impactful. Ex. 5, Gillespie Depo. Tr. at 86:7-16.

**RESPONSE:**

44. There was no water pooling up north of the Trace Creek Bridge and being held back of the track at 7:50 am CT on August 21, 2021. Ex. 16, Oakley Depo. Tr. at 145:17-146:9.

**RESPONSE:**

45. There is no evidence in the record of water pooling up north of the Trace Creek Bridge prior to August 21, 2021. The record shows only that Trace Creek rose out of its banks in the past at other locations, but never affected the railroad track. Ex. 16, Oakley Depo Tr. 49:11-50:24.

**RESPONSE:**

46. Water was flowing freely under the Trace Creek Railroad Bridge around 7:40 am CT on August 21, 2021. Ex. 16, Oakley Depo. Tr. at 123:10-124:11.

**RESPONSE:**

47. Water was coming down Highway 70 on the side that was the opposite of Trace Creek at approximately 7:40 am CT. Ex. 16, Oakley Depo. Tr. at 123:20-124:11.

**RESPONSE:**

48. On August 21, 2021 at 7:55 am CT, Humphreys County 911 sent a travel emergency warning via e-mail. Ex. 6, McCord Depo. Tr. 88:5-15.

**RESPONSE:**

49. By 9:17 am CT on August 21, 2021, Waverly police officers and firefighters had been going through neighborhoods and warning citizens to evacuate for an hour or two. Ex. 5, Gillespie Depo. Tr. at 97:15-22.

**RESPONSE:**

50. On August 21, 2021, at 9:17 am CT, a National Weather Service alert was issued for Humphreys County via email indicating that there was a significant threat to life or property. Ex. 5, Gillespie Depo. Tr. at 96:18-25. This warning went out to Waverly residents that signed up to receive warnings. Ex. 5, Gillespie Depo. Tr. 97:1-5.

**RESPONSE:**

51. Mr. Oakley evacuated and rescued civilians during the flooding on August 21, 2021. Ex. 16, Oakley Depo. Tr. at 126:2-128:4.

**RESPONSE:**

52. FRA employees called Mr. Oakley's rescue behavior "above and beyond the call of duty," noted that his "bravery, selfless service, and duty are commendable," and stated that "These actions show heroism and reflect distinct credit upon himself, CSX's Corporate

7

Citizenship, and A USDOT/FRA regulated entity." Ex. 16, Oakley Depo. Tr. at 149:11-150:14; Ex. 24, Rigney, et al. v. CSX, 000594-596 (Oakley Depo. Ex. 104).

**RESPONSE:**

53. An FRA employee contacted Mr. Oakley to relay the FRA's appreciation for his efforts during the Waverly flooding. Ex. 16, Oakley Depo Tr. at 149:11-150:14.

**RESPONSE:**

54. Trace Creek does not connect with Blue Creek. Ex. 5, Gillespie Depo. Tr. at 116:7-9.

**RESPONSE:**

55. Trace Creek does not connect with Hurricane Creek. Ex. 5, Gillespie Depo. Tr. at 116:7-9.

**RESPONSE:**

56. Blue Creek and Hurricane Creek both flooded on August 21, 2021. Ex. 26, Poyner Depo. Tr. at 99:20-100:23.

**RESPONSE:**

57. The flooding of Big Richland Creek caused damage to property in Waverly. Ex. 26, Poyner Depo. Tr. at 109:8-15; Ex. 37, Kayla Brake Depo. Tr. at 39:16-43:18.

**RESPONSE:**

58. Waverly residents observed flooding in Hurricane Creek. Ex. 28, Vasil Depo. Tr. at 90:15-17.

**RESPONSE:**

59. Greg Vasil's uncle, Wayne Spears, died in the Hurricane Creek flooding. Ex. 28, Vasil Depo. Tr. at 91:24-93:6.

**RESPONSE:**

60. Dr. Blackler's model only studies the water flows in Trace Creek. Ex. 2, Blackler Dep. Tr. at 158:21-159:20.

**RESPONSE:**

61. Dr. Blackler did not opine as to the water's impact on any individual Plaintiff. Ex. 2, Blackler Dep. Tr. at 146:7-11; 159:21-25.

**RESPONSE:**

62. Dr. Blackler is not giving the opinion that there was debris that clogged the space under the Trace Creek Railroad Bridge on August 21, 2021. Ex. 2, Blackler Depo. at 52:9-22; 100:19-101:5.

**RESPONSE:**

63. If CSXT were forced to alter, monitor, manage, maintain, and operate the Trace Creek Bridge as sought by Plaintiffs, then CSXT's rail transport operations would need to change materially. Decl. of Daniel DeBoer, Dkt. No. 4-2 at ¶ 8.

**RESPONSE:**

64. Any stoppage of rail traffic for bridge renovations or revisions to accommodate the duties Plaintiffs hypothesize, and the tort liability Plaintiffs seek to impose, would "limit CSXT's ability and operational flexibility to efficiently conduct railroad operations" and "[m]ainline rail traffic wanting to move from the southeastern United States would be blocked or negatively impacted from moving toward Midwest states such as Texas, Arkansas, Mississippi and beyond and vice-versa." Decl. of Daniel DeBoer, Dkt. No. 4-2 at ¶ 8.

**RESPONSE:**

65. "If the Bruceton Subdivision line were to close, either permanently or temporarily, those trains would need to be rerouted, likely through St. Louis or New Orleans," which could "cause delay and disruption for the goods being transported," and "rail traffic diversion to those other hubs would create congestion in those already busy areas." and "[o]ther related burdens, such as costs for additional crew, fuel, maintenance and wear, would quickly become huge burdens to rail operations." Decl. of Daniel DeBoer, Dkt. No. 4-2 at ¶ 9.

**RESPONSE:**

66. "The Bruceton Subdivision is part of STRACNET, the U.S. military's Strategic Rail Corridor Network used to ensure that the nation's rail infrastructure can be used by the military in national defense emergencies" and "the U.S. military monitors closure plans and has influence over any closure decisions that may impact availability of the section of track including the Bruceton Subdivision crossing." Decl. of Daniel DeBoer, Dkt. No. 4-2 at ¶ 10.

**RESPONSE:**

67. CSXT voluntarily prepares annual Environmental, Social, and Governance reports to provide public disclosures to its stakeholders, customers, employees, and shareholders Ex. 14 (Hensley Depo Tr. 13:24-14:5). The annual Environmental, Social, and Governance reports are not focused on any particular geographic region and do not address Humphreys County or Waverly and do not analyze any particular bridges. Ex. 14, Hensley Depo Tr. at 13:24-14:5.

**RESPONSE:**

68. None of Plaintiffs' liability experts opine as to CSXT's compliance with 49 CFR 213.33. Ex. 33, Plaintiffs' Rule 26(a)(2) Disclosures; Ex. 1, Blackler Report; Ex. 4, Weivoda Report; Ex. 8, Porro Report; Ex. 34, Blackler Depo. Tr. (complete); Ex. 35, Weivoda Depo. Tr. (complete); Ex. 36, Porro Depo. Tr. (complete).

**RESPONSE:**

Date: April 3, 2026

Respectfully submitted,

*/s/ S. Camille Reifers*
S. Camille Reifers (BPR #19856)
John J. Bennett (BPR #31976)
Andrew Todd (BPR #39590)
Wai-Lin Danieley (BPR #41433)
REIFERS HOLMES & PETERS, LLC
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
creifers@rhpfirm.com
jbennett@rhpfirm.com
atodd@rhpfirm.com
wdanieley@rhpfirm.com

***Attorneys for CSX Transportation, Inc.***

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on April 3, 2026, the forgoing document has been served via the Court's CM/ECF system to the following Counsel of Record:

Timothy V. Potter
Andrew E. Mills
Mary Lane Story
Kirk Vandivort
Jennifer Foster
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com
mstory@rprvlaw.com
kvandivort@rprvlaw.com
jfoster@rprvlaw.com

Peter J. Flowers
Frank V. Cesarone
Jonathan P. Mincieli
Christopher Warmbold
Tom Connelly
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174 630.232.6333
630.845.8982 Facsimile
pjf@meyers-flowers.com
fvc@meyers-flowers.com
jpm@meyers-flowers.com
cjw@meyers-flowers.com
tmc@meyers-flowers.com

***Attorneys for Plaintiffs***

/s/ *S. Camille Reifers*
S. Camille Reifers