# RIGNEY, et al.

## vs.

## CSX TRANSPORTATION, INC.

---

## MICHAEL TODD DAVIS

### November 20, 2025





VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

MATTHEW RIGNEY and DANIELLE
HALL, individually, as the
surviving parents and next of
kin of Ryan Rigney and Rileighanna
Rigney, deceased, and as the parents
and legal guardians of M.R. and
B.R., minors, et al.

      Plaintiffs,

vs.        Case No. 3:22-CV-00342
        JUDGE WAVERLY D. CRENSHAW, JR.
        MAGISTRATE JUDGE ALISTAIR NEWBERN

CSX TRANSPORTATION, INC.

      Defendant.
_____

Deposition of:

MICHAEL TODD DAVIS

Taken on behalf of the Defendant
November 20, 2025

_____

Veteran Court Reporting
veterancourtreporting@gmail.com
D. Rochelle Koenes, RPR, LCR
P.O. Box 3593
Clarksville, Tennessee 37043
(931)919-8932

A P P E A R A N C E S

For the Plaintiffs:
    MR. CHRISTOPHER WARMBOLD (Via Zoom)
    Attorney at Law, Pro Hac Vice
    Meyers & Flowers, LLC
    3 North Second Street - Suite 300
    St. Charles, IL 60174
    630-232-6333
    cjw@meyers-flowers.com

    MR. ANDREW MILLS
    Reynolds, Potter, Ragan & Vandivort, PLC
    210 East College Street
    Dickson, TN 37055
    615-446-2221
    amills@rprvlaw.com

For the Defendant:
    MS. CAMILLE REIFERS
    MR. ANDREW TODD
    Attorney at Law
    Reifers, Holmes, & Peters, LLC
    80 Monroe Avenue - Suite 410
    Memphis, TN 38103
    901-521-2860
    creifers@rhpfirm.com
    atodd@rhpfirm.com

Also present:

    JESUS CONTREARS (VIDEOGRAPHER)

I N D E X

                      Page
Examination
By Ms. Reifers        5

Examination
By Mr. Warmbold        34
Examination
By Ms. Reifers        38

Examination
By Mr. Warmbold        39

E X H I B I T S
                      Page
Exhibit No. 174, Collective    20
    Photograph (Front of house with silver
    truck)
Exhibit No. 175    22
    Photograph (Tahoe floating in water)

Exhibit No. 176    28
    Photograph (House, tractor, and Tahoe
    8:32 a.m.)

S T I P U L A T I O N S

    The deposition of MICHAEL TODD DAVIS was taken by counsel for the Defendant, by Subpoena, at the offices of 147 Gum Branch Road, Dickson, Tennessee, on November 20, 2025, for all purposes under the Federal Rules of Civil Procedure.

    All formalities as to caption, notice, statement of appearance, et cetera, are waived. All objections, except as to the form of the question, are reserved to the hearing, and that said deposition may be read and used in evidence in said cause of action in any trial thereon or any proceeding herein.

    It is agreed that D. ROCHELLE KOENES, Notary Public and Licensed Court Reporter, for the State of Tennessee, may swear the witness, and that the reading and signing of the completed deposition by the witness are waived.

Case 3:22-cv-00342   Document 277-25   Filed 04/24/26   Page 2 of 3 PageID #7294   EXHIBIT 25

2019?

A. It -- I don't -- no, not that I can remember. But if it did, it was just a little on the road.

Q. Okay. Thank you, sir.

MS. REIFERS: I think those are all the questions I have for you, Mr. Davis. Mr. Mills or Mr. Warmbold may have some questions.

MR. MILLS: But before we get to that, just to clarify, I've not received any e-mails yet, so we'll be waiting to see if those come through. And how are we planning on making these actual exhibits?

MS. REIFERS: I have e-mailed them to the -- the court reporter as well.

MR. MILLS: Okay. So the -- the photo you took of his photo is going to be the exhibit, yes?

MS. REIFERS: That's correct.

MR. MILLS: Okay.

MS. REIFERS: Because he says the phone is an old phone, and he doesn't have -- believe it has service to send the actual photo.

MR. MILLS: Correct. Yeah, I heard that. I was just making sure we weren't going to

extract the photos. We're going to use the photos you just e-mailed out. Okay.

MS. REIFERS: I, sir, will send you a text if that is -- if that is quicker with the photos.

MR. MILLS: Well, my main concern is making sure they get to the court reporter. If they've been e-mailed out, they're probably just slow getting through the network.

MS. REIFERS: Would you like to go off the record and have me text these to you?

MR. WARMBOLD: Why don't we go off the record and just take a break here?

THE VIDEOGRAPHER: Going off the record. Time on the monitor is 1:51.

(Short break.)

THE VIDEOGRAPHER: Back on the record. Time on the monitor is 2:01.

EXAMINATION

QUESTIONS BY MR. WARMBOLD:

Q. Good afternoon, sir. I just want to ask you a few questions based on the questions that Counsel just asked you earlier, before the break, okay?

A. Okay.

Q. Can you hear me fine, sir?

A. Yes.

Q. Okay. Thank you. I want to ask you some questions about those photographs that were marked as exhibits that you shared with Counsel a few moments ago. You recall those four photographs -- or three photographs, rather, that you shared with Counsel?

A. Yes, I do.

Q. Okay. Do any of those photographs that you shared with Counsel depict the area of the CSX railroad tracks that eventually washed out on August 21st, 2021?

A. No.

Q. Okay.

A. It doesn't.

Q. Okay. When you are looking out the front of your home, can you see the area of where the tracks had washed out?

A. If I was looking out the front, I could.

Q. Okay. But none of the photographs you took --

A. No. That was out of the side of the house.

Q. Okay.

I want to ask you a little bit about your recollection of seeing debris under bridges where the CSX railroad operates through Waverly. Okay?

A. Okay.

Q. You had indicated that you have prior recollection of seeing debris accumulating under the piers following rain events and some other times when you were in town; correct?

A. Yes.

Q. Okay. Have you ever observed any debris under the bridge that would be nearby your house on Highway 70, where the Trace Creek runs through?

A. The train bridge?

Q. Yes, sir.

A. Yes.

Q. Okay. Can you describe the type of debris you have seen under that bridge, the train bridge, that is nearby your home on Highway 70?

A. Limbs and trees, brush. That's all.

Q. Okay. When you say "trees," are you talking about an entire tree, tree stumps, limbs?

A. Just big limbs and rotten trees as -- had fell down, parts of them.

Q. Okay. I think you said earlier -- and I'm not sure if you did or not, so I want just want to

Case 3:22-cv-00342    Document 277-25    Filed 04/24/26    Page 3 of 3 PageID #: 7295

EXHIBIT 23