| | |
|---|---|
| MATTHEW RIGNEY et al., | ) |
| | )    NO. 3:22-CV-00342 |
| Plaintiffs, | )    (consolidated) |
| v. | ) |
| | )    JUDGE WAVERLY D. CRENSHAW, |
| CSX TRANSPORTATION, INC., | )    JR. |
| | ) |
| Defendant. | )    MAGISTRATE JUDGE |
| | )    LUKE EVANS |
| | ) |

**DEFENDANT CSX TRANSPORTATION, INC.'S
UNOPPOSED MOTION TO FOR TRANSCRIPT REDACTION**

COMES NOW the Defendant CSX Transportation, Inc. (hereinafter "CSXT" or "Defendant"), by and through undersigned counsel, and pursuant to United States District Court Middle District of Tennessee Notice to Members of the Bar (May 5, 2008), respectfully moves the Court to apply the following redactions to the March 20, 2026 Transcript of Proceedings [Doc No. 262]:

- Page 19, Line 10 through Line 11, beginning after "MR. MINCIELI:" on Line 10.

This portion of the transcript contains confidential settlement negotiation information and should be redacted.

Dated: May 1, 2026           Respectfully Submitted,

*/s/ S. Camille Reifers*
S. Camille Reifers (BPR #19856)
John J. Bennett (BPR #31976)
Andrew Todd (BPR #39590)
Wai-Lin Danieley (BPR #41433)
REIFERS HOLMES & PETERS, LLC

1

80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
creifers@rhpfirm.com
jbennett@rhpfirm.com
atodd@rhpfirm.com
wdanieley@rhpfirm.com
**Attorneys for CSX Transportation, Inc.**

## <u>CERTIFICATE OF CONSULTATION</u>

I, Andrew Todd, hereby certify that on April 29, 2026, I consulted with counsel for

Plaintiffs via e-mail correspondence. Plaintiffs have indicated that they do not oppose this Motion.

*/s/ Andrew Todd*
Andrew Todd

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 1, 2026, the foregoing document has been served via the Court's

CM/ECF system to the following Counsel of Record:

Timothy V. Potter
Andrew E. Mills
Mary Lane Story
Kirk Vandivort
Jennifer Foster
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee 37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
amills@rprvlaw.com
mstory@rprvlaw.com
kvandivort@rprvlaw.com
jfoster@rprvlaw.com


Peter J. Flowers
Frank V. Cesarone
Jonathan P. Mincieli
Christopher Warmbold
Tom Connelly
Meyers & Flowers, LLC
3 North Second Street – Suite 300
St. Charles, Illinois 60174 630.232.6333
630.845.8982 Facsimile
 pjf@meyers-flowers.com
fvc@meyers-flowers.com
jpm@meyers-flowers.com
cjw@meyers-flowers.com
tmc@meyers-flowers.com

*Attorneys for Plaintiff*

/s/ S. Camille Reifers
S. Camille Reifers
