UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW RIGNEY, et al., | |
| Plaintiffs, | Case No. 3:22-cv-00342 |
| v. | Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |
| CSX TRANSPORTATION, INC., et al., | |
| Defendants. | |

## ORDER

Counsel for the parties appeared for a discovery dispute conference on May 29, 2026. For the reasons stated during the conference, Defendants shall file their motion to compel by no later than June 12, 2026. Plaintiffs shall file their response by no later than June 26, 2026. Defendants may file an optional reply by no later than July 2, 2026.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge