Motion (494) is **GRANTED** and Matthew Rigney is dismissed as a named Plaintiff.

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| MATTHEW RIGNEY et al., | NO. 3:22-CV-00342 |
| Plaintiffs, | (consolidated) |
| v. | |
| CSX TRANSPORTATION, INC., | JUDGE WAVERLY D. CRENSHAW, JR. |
| Defendant. | MAGISTRATE JUDGE LUKE EVANS |

## UNOPPOSED MOTION TO DISMISS

Plaintiffs by and through their undersigned attorneys move pursuant to Fed. R. Civ. P. 41(a)(2), to voluntarily dismiss Matthew Rigney as a Plaintiff, with each party to bear its own costs and attorneys' fees. In support thereof, Plaintiffs state as follows:

1. Matthew Rigney is a named Plaintiff in this matter. He has no individual claims as his NIED claim was voluntarily dismissed on February 20, 2025. [Dkt. No. 220]

2. His status in this case is only as a next of kin bringing the wrongful death claims of, respectively, Ryan Rigney and Rileighanna Rigney and as the biological father of minors M.R and B.R.

3. Danielle Hall is also a named Plaintiff and is also a next of kin bringing the wrongful death claims of, respectively, Ryan Rigney and Rileighanna Rigney and the biological mother of minors M.R and B.R.

4. Matthew Rigney has agreed to allow Danielle Hall to litigate the wrongful death claims of Ryan Rigney and Rileighanna Rigney on her own, as their next of kin.

5. Plaintiffs now seek to voluntarily dismiss Matthew Rigney as a named Plaintiff pursuant to Fed. R. Civ. P. 41(a)(2).