Motion (505) is RESERVED.

_Waverly D. Crenshaw, Jr_

US DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MATTHEW RIGNEY, et al.,** | ) | |
| | ) | **No. 3:22-CV-00342** |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **JUDGE WAVERLY D. CRENSHAW, JR.** |
| | ) | |
| **CSX TRANSPORTATION, INC.,** | ) | **MAGISTRATE JUDGE ALISTAIR NEWBERN** |
| | ) | |
| **Defendant.** | ) | |

### MOTION TO DISMISS DEFEDANTS FOR FAILING TO APPEAR AT TRIAL AND SUPPORTING MEMORANDUM OF LAW

Through its counsel of record and pursuant to Local Rule 39.01(b) and two previous Court Orders, Defendant CSX Transportation, Inc. ("CSXT") moves to dismiss Plaintiffs Kendra Brake, Dorothy Handling, and Nicholas Shawl due to their failure to appear at trial. In support of this Motion, CSXT states that:

1. Plaintiffs Kendra Brake, Dorothy Handling, and Nicholas Shawl are named Plaintiffs in this matter, which is neither a collective nor a class action.

2. Local Rule 39.01(b), titled "Presence of Parties," requires that all parties "be present at any trial unless prior approval of the absence of a party is obtained from the Court." Despite not having received prior approval from the Court, Plaintiffs Brake, Handling, and Shawl were not present for trial on August 3, 2026.

3. Not only did Plaintiffs Brake, Handling, and Shawl not receive permission from the Court not to attend trial, the Court's July 23 and 30, 2026, Orders (D.E. 453 at ¶6(b); D.E. 482), without limitation requires these (and the other) Plaintiffs to be present for the entirety of the trial, unless excused by the Court.