# UNITED STATES DISTRICT COURT

MIDDLE      DISTRICT OF      TENNESSEE

RIGNEY et al.,

V.

CSX TRANSPORTATION, INC.

## EXHIBIT AND WITNESS LIST

Case Number:   3:22-cv-00342

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Waverly D. Crenshaw, Jr. | Minicieli, Brown, Kennedy, Landever, Cesarone | Reifers, Bennett, Gallagher, Todd, Danieley |
| TRIAL DATE (S)<br>8/3/2026 to 8/10/2026 | COURT REPORTER<br>Gary Schneider | COURTROOM DEPUTY<br>Melissa Seay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 8/4/26 | | | WIT:  JAMES COREY OAKLEY, Director of Engineer Safety at CSX Transportation |
| P-19 | | 8/4/26 | X | X | Photo of Aerial View of Trace Creek Bridge |
| JT63 | JT63 | 8/4/26 | X | X | CSX Bridge Openings (Five openings shown in the picture) |
| P-20 | | 8/4/26 | X | X | Photo of Trace Creek Embankment looking west from Highway 70 |
| JT16 | JT16 | 8/4/26 | X | X | (000229-000231) MWI 1110-04-Heavy Rain, Flooding, and Wind Alerts, Revised 9-25-2020 |
| JT39 | JT39 | 8/4/26 | X | X | MWI 105-13 Instruction for Track Inspection (Rigney et al V. CSX 008591-8601) |
| JT22 | JT22 | 8/4/26 | X | X | (000649-000651) TCIS Tickets |
| JT1 | JT1 | 8/4/26 | X | X | Rigney et al. v. CSXT 000001 - Corey Oakley Image (August 21, 2021 - 7:40 A.M.) at Trace Creek Railroad Bridge |
| JT4 | JT4 | 8/4/26 | X | X | Rigney, et al v. CSX 000002 - Corey Oakley Image August 21, 2021 - 7:44 A.M. at Gormin Siding |
| JT5 | JT5 | 8/4/26 | X | X | Video sent to Corey Oakley, taken by Brett Roberts (8:27 A.M.) near tracks |
| JT6 | JT6 | 8/4/26 | X | X | Metadata of video from Brett Roberts (8:27 A.M.) near tracks |
| JT7 | JT7 | 8/4/26 | X | X | Micheal Todd Image of Flooding on Highway 70 |
| JT8 | JT8 | 8/4/26 | X | X | Michael Todd Image of Flood Water (water over rails) at 7:59 A.M. |
| JT9 | JT9 | 8/4/26 | X | X | Michael Todd Image of Flood Water (water over rails) at 8:32 A.M. |
| JT14 | JT14 | 8/4/26 | X | X | (000198-000209) MWI 1408-01-Structure Management Plan Revised 5-20-2014 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Rigney et al | vs. | CSX Transportation, Inc. | CASE NO. 3:22-cv-342 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JT17 | JT17 | 8/4/26 | X | X | (000232-000270) SkyGuard emails |
| JT19 | JT19 | 8/4/26 | X | X | (000505-000509) FRA Advisory 97-1 |
| JT20 | JT20 | 8/4/26 | X | X | (000513) Unusual Occurrence Report |
| JT21 | JT21 | 8/4/26 | X | X | EC-1 Train Authority (Rigney, et al. v. CSX 000587-593) |
| JT23 | JT23 | 8/4/26 | X | X | Where Service Meets Safety, CSX Bridge Resource Guide, January 2016 (Rigney, et al. V. CSX 000727-742) |
| JT25 | JT25 | 8/4/26 | X | X | (007739-007807) Track Inspector Orr Notes |
| JT36 | JT36 | 8/4/26 | X | X | (008087-008089) Q53420 Train-Sheet |
| JT37 | JT37 | 8/4/26 | X | X | (008372) Jim Pearson Photograph June 2021 |
| JT38 | JT38 | 8/4/26 | X | X | EC-1 TCS/TWC Track Authority (CSX 007248-7296) |
| JT52 | JT52 | 8/4/26 | X | X | Ed Sparks Handwritten Notes |
| JT53 | JT53 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 1, Segment 1 (August 21, 2021) |
| JT54 | JT54 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 1, Segment 2 (August 21, 2021) |
| JT55 | JT55 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 2, Segment 1 (August 21, 2021) |
| JT56 | JT56 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 2, Segment 2 (August 21, 2021) |
| JT57 | JT57 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 3, Segment 1 (August 21, 2021) |
| JT58 | JT58 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 3, Segment 2 (August 21, 2021) |
| JT59 | JT59 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 4, Segment 1 (August 21, 2021) |
| JT60 | JT60 | 8/4/26 | X | X | Kent's Grocery Store Footage Angle 4, Segment 2 (August 21, 2021) |
| JT61 | JT61 | 8/4/26 | X | X | Kent's Grocery Store Footage Video Player |
| P-23 | | 8/4/26 | X | X | CSX Trace Creek Bridge covered with debris |

Page **2** of **3**

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Rigney et al | vs. | CSX Transportation, Inc. | CASE NO. 3:22-cv-342 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P-14 | | 8/4/26 | X | X | Screenshot of Two Track Washouts from Channel 4 News |
| P-79 | | 8/4/26 | X | X | FOIA Production from Waverly Dept of Public Safety 2021-09-20 13.08.51 |
| P-80 | | 8/4/26 | X | X | FOIA Production from Waverly Dep't of Public Safety 2021-09-20 13.09.41 |
| P-81 | | 8/4/26 | X | X | FOIA Production from Waverly Dep't of Public Safety 2021-09-20 13.09.43 |
| | D19 | 8/4/26 | X | X | (000594-000596) August 2021 Email Thread – Dillon Ondo Federal Railroad Administration Supervisory Railroad Safety Specialist – Subject: CSX Track Supervisor Oakley Rescued Multiple People During Middle, TN Flooding |
| X | | 8/4/26 | | | WIT: EDWARD DANIEL SPARKS, II, CSX Transportation |
| x | | 8/5/26 | | | WIT: CRAIG ORR, CSX Transportation Track Inspector |
| | D17 | 8/5/26 | X | X | (000007-000189) Waverly Track Inspection OON 63 to OON 64 (2/21/2021-8/22/2021) |
| X | | 8/5/26 | | | Proffer Witness: MICHAEL TODD DAVIS, Resident of Waverly, Tennessee – (not before jury) |
| X | | 8/6/26 | | | WIT: GERALD BLACKLER, Civil Engineer |
| x | | 8/6/26 | | | WIT: (by video) ERIC GRAVEL, Freight Conductor |
| | X | 8/6/26 | | | WIT: KENNETH RUSK, Track Inspector |
| P-4 | | 8/6/26 | X | X | 8.21.21 Mallard Video Img_2014 @ 7:49 |
| P-7 | | 8/6/26 | X | X | 8.21.21 Mallard Video Img_2020 @ 8:00 |
| | X | 8/10/26 | | | WIT: MATT BARDOL, Hyrdrology and Hydraulics expert |
| | D30 | 8/10/26 | X | X | Media Release regarding Record Setting Rainfall Event |
| P-84 | | 8/10/26 | X | X | Matt Bardol Invoices |
| | | | | | |