# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MATTHEW RIGNEY et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-CV-00342** |
| | ) | |
| **CSX TRANSPORTATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

We, the jury, unanimously answer the questions below as follows:

1.  Did Plaintiffs prove, by a preponderance of the evidence, that CSX Transportation, Inc. failed to warn of an unsafe condition on its property?

    Yes _____        No _____✓_____

    *Answer Question 2 whether you answered "Yes" or "No" to this Question. Proceed to Question 2.*

2.  Did Plaintiffs prove, by a preponderance of the evidence, that CSX Transportation, Inc. maintained a nuisance by wrongfully interfering with the natural drainage of surface water?

    Yes _____        No _____✓_____

    *Sign and date the Verdict Form and send a written message to the Court that you have reached a verdict.*

_____8/10/26_____          _____████████_____
Date                                Foreperson