# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **MATTHEW RIGNEY et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00342** |
| | ) | |
| **CSX TRANSPORTATION, INC.,,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

✓ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

- Plaintiffs did not prove, by a preponderance of the evidence, that CSX Transportation, Inc. failed to warn of an unsafe condition on its property.

- Plaintiffs did not prove, by a preponderance of the evidence, that CSX Transportation, Inc. maintained a nuisance by wrongfully interfering with the natural drainage of surface water.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON AUGUST 10, 2026. JUDGMENT IS HEREBY ENTERED IN FAVOR OF CSX TRANSPORTATION, INC.**

VICKI KINKADE, CLERK

BY:   *MELISSA SEAY*
      Deputy Clerk